IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALYSIA BIGGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:11-0546 |
| | ) JUDGE HAYNES |
| EDDIE EANES, et al., | ) ) |
| Defendants. | ) ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 14) to which objections have not been filed.

Upon de novo review, the Report and Recommendation is **ADOPTED** and this action is **STAYED** and **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party.

It is so **ORDERED**.

**ENTERED** this the ____ day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge