IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALYSIA BIGGE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-0546 |
| | ) JUDGE HAYNES |
| EDDIE EANES, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 14) to which objections have not been filed.

Upon de novo review, the Report and Recommendation is **ADOPTED** and this action is **STAYED** and **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party.

It is so **ORDERED**.

ENTERED this the ___ day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge