# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

ALYSIA BIGGE, )
)
    Plaintiff, )    Case No. 3:11-00546
)    Chief Judge Haynes
v. )
)
EDDIE EANES and )
BUCK WILD SALOON, LLC, )
)
    Defendants. )

## O R D E R

The Court entered a default judgment in this action (Docket Entry No. 42). Plaintiff has

filed her affidavit detailing her damages as well as her attorney's affidavit for fees and expenses.

These affidavits are detailed and unopposed.

The Court **AWARDS** Plaintiff fifty-five thousand eight hundred fifty dollars

($55,850.00) in damages and twenty-four thousand three hundred twenty-eight dollars twenty-

five cents ($24,328.25) for her attorney fees.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 5 day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court